# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 20-MJ-116-SRF |
| : | |
| ADRIAN WOOD, : | |
| : | |
| Defendant. : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO INDICT
## AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Christopher R. Howland, Assistant United States Attorney, along with Defendant, Adrian Wood, by and through his attorney, Janet Bateman, Esq., to respectfully move, pursuant to Federal Rule of Criminal Procedure 45(b), Local Rule 5(a), and 18 U.S.C. §§ 3161(b) & (h)(7)(A), for an extension by thirty (30) days of the period of time for the filing of an Indictment in the above-captioned case, and to exclude such time under the Speedy Trial Act. In support of this Motion, the parties state as follows:

1. On June 8, 2020, the Government charged Defendant by criminal complaint with civil disorder, a violation of 18 U.S.C. §231(a)(3). Docket Item (D.I.) 1.

2. Defendant appeared before this Court for his Initial Appearance on June 15, 2020, which was held by video teleconference. (D.I. 4). The Government did not move to detain Defendant pending trial. The Honorable Jennifer L. Hall ordered that Defendant be released with special conditions, including supervision by the United States Probation Office. (D.I. 3)

3. The Government was therefore required to seek an Indictment in the above-captioned matter on or before July 15, 2020. 18 U.S.C. § 3161(b); 18 U.S.C. § 3161(h)(1)(d).

4.	Counsel for the Government and Defendant have discussed the possibility of the Government providing a preliminary discovery packet. In order to facilitate additional time for discussions on this subject and others, including plea negotiations, the parties respectfully request an extension of thirty (30) days in the time period for the Government to file an Indictment in this matter. Thirty days from July 15, 2020, is August 15, 2020, which is a Saturday. The Government therefore requests an extension until August 17, 2020, within which to file an Indictment in this matter.

5.	Defendant agrees to waive any challenge to a thirty-day extension of the time for the Government to file an Indictment under 18 U.S.C. § 3161(b).

6.	Based on the foregoing, the Government respectfully requests that the Court exclude the time from July 15, 2020, until August 17, 2020, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The Government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

7.	Counsel for Defendant, Janet Bateman, has been consulted and does not oppose this Motion.

WHEREFORE, the Government respectfully requests that the Court grant its Motion to Exclude Time. A proposed Order is attached.

						Respectfully submitted,

						DAVID C. WEISS
						United States Attorney

					BY: */s/ Christopher R. Howland*
						Christopher R. Howland
						Assistant United States Attorney

Dated:	July 7, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 20-MJ-116-SRF |
| | : | |
| ADRIAN WOOD, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered the Government's Unopposed Motion to Exclude Time and for the reasons stated therein, **IT IS HEREBY ORDERED** that the time from July 15, 2020, until August 17, 2020, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge

Dated: