OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF DELAWARE

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

July 8, 2020

Larisha Hicks
Courtroom Deputy to the
Honorable Sherry R. Fallon
744 N. King Street
Wilmington, DE 19801

    **Re:**  *United States v. Adrian Wood*
       **1:20-mj-00116**

Dear Ms. Hicks:

  This is to confirm our communication that I have discussed this matter with Mr. Wood and am authorized to waive the Preliminary Hearing scheduled for July 9, 2020, on his behalf. Attached please find a completed Waiver of a Preliminary Hearing.

          Sincerely,

          /s/ Janet Bateman

          JANET BATEMAN
          Assistant Federal Public Defender

JB/
Enclosure