# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 20-MJ-116-SRF |
| : | |
| ADRIAN WOOD, : | |
| : | |
| Defendant. : | |

## **ORDER**

Having considered the Government's Unopposed Motion to Exclude Time and for the reasons stated therein, **IT IS HEREBY ORDERED** that the time from July 15, 2020, until August 17, 2020, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge

Dated: July 8, 2020